```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                    JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  California Bar No. 149883
         United States Courthouse
 6       312 North Spring St., 14th Floor
         Los Angeles, California  90012
 7       Telephone: (213)894-6166
         Facsimile: (213)894-7177
 8       E-Mail: steve.welk@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. 2:07-cv-07611-FMC-FFMx |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFAULT JUDGMENT OF FORFEITURE** |
| 10,272 CARTONS OF WEARING APPAREL, MORE OR LESS, | ) |
| Defendants. | ) |

On November 21, 2007, plaintiff United States of America ("the government") filed a Complaint for Forfeiture in Rem alleging that the defendant 10,272 cartons of wearing apparel, more or less ("defendant property"), is subject to forfeiture under 19 U.S.C. § 1595a(c).

On May 2, 2008, a Default by Clerk was entered against the interest of Apparel Associates, LLC ("Apparel Associates"), and all other potential claimants.

The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Complaint for Forfeiture states a claim for relief pursuant to 19 U.S.C. § 1595a(c).

3. Notice of this action has been given in the manner required by law. No appearances were made in this action by any claimant. The Court deems that all potential claimants, including Apparel Associates admit the allegations of the Complaint for Forfeiture in Rem to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Apparel Associates in the defendant property.

5. The defendant property shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant in the manner required by law.

/ / /
/ / /
/ / /

    6.   The Court finds there was reasonable cause for the seizure of the defendant property and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

DATED: July 8, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
United States District Judge